UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br><br>Plaintiff,<br><br>v.<br><br><br>MARKER OIL COMPANY, INC. and<br>BILLY LEON MARKER, JR.<br><br>Defendants. | Case No. 2:17-CV-1768 JAM DB.<br><br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

MARKER OIL COMPANY, INC. and BILLY LEON MARKER, JR. in the principle amount of $1,071,192.69.

September 29, 2017                                                             MARIANNE MATHERLY, CLERK

                                                                                                              By: /s/ A. Benson, Deputy Clerk