UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKER OIL COMPANY, INC. and BILLY LEON MARKER, JR., <br><br> Defendants. | No. 2:17-cv-1768 JAM DB <br><br><br> ORDER |

On January 18, 2018, plaintiff filed a motion for leave to file a sur-reply, along with a proposed sur-reply. (ECF No. 35.) Plaintiff noticed the motion for hearing before the undersigned on February 16, 2018. (ECF No. 36.) No opposition to plaintiff's motion has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 18, 2018 motion for leave to file a sur-reply (ECF No. 35) is granted;

2. The undersigned will consider plaintiff's sur-reply filed on January 18, 2018 (ECF No. 35-1); and

////

////

1

3. The February 16, 2018 hearing of plaintiff's motion is vacated.

Dated: February 9, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\tcf1768.mot.sr.ord