UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>MARKER OIL COMPANY, INC.<br><br>and<br><br>BILLY LEON MARKER, JR.<br><br>　　**Defendants** | CASE NO. 2:17-cv-01768-JAM-DB<br><br>**ORDER GRANTING FINAL DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.** |

This matter is before the Court on Plaintiff TCF Inventory Finance's Motion for Court's Entry of Final Default Judgment Against Defendants Marker Oil Company, Inc. and Billy Leon Marker (ECF No. 23) and Motion to Vacate Clerk's Entry of Non-Final Default Judgment and For Court's Entry of Final Default Judgment (ECF No. 26).

On April 5, 2018, the magistrate judge filed findings and recommendations herein (ECF No. 46) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed its objections to the findings and recommendations on April 19, 2018 (ECF No.

54). Defendants filed their non-opposition to the findings and recommendations on April 18, 2018 (ECF No. 53). Plaintiff filed a response to Defendants' non-opposition on April 26, 2018 (ECF No. 57). Defendants did not file a response to Plaintiff's objections. See E.D. Local Rule 304 (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of these motions. Having carefully reviewed the entire file, the Court finds that the findings and recommendation to set aside the Clerk's Entry of Default (ECF No. 22) are supported by the record and by proper analysis. The Court further finds that the findings and recommendation to deny Plaintiff's Motion for Default Judgment are not supported by the record and by proper analysis.

Defendants, who have been represented by counsel since the outset of the case, have failed to show good cause for setting aside their default as required under Rule 55(c). Defendants have yet to present any specific facts showing they have any meritorious defense to TCFIF's claims. Further, Defendants have engaged in culpable misconduct. They have repeatedly ignored deadlines imposed by the Federal Rules of Civil Procedure and the Court for responding to TCFIF's complaint and its motions for a temporary restraining order (TRO), preliminary injunction, and writ of possession. As the Court recently found, Defendants knowingly violated the Court's preliminary injunction and dissipated TCFIF's collateral. Finally, TCFIF will be prejudiced if the default is set aside. This case has been pending for nearly eight months. Setting aside the default would significantly delay TCFIF's ability to obtain a final judgment establishing it as the owner of the collateral and thereby subject TCFIF to the ongoing risk that Defendants will continue to dissipate the collateral, as they have previously done in violation of the Court's preliminary injunction. Moreover,

TCFIF has incurred attorney's fees and expenses to obtain the entry of default and to pursue a final default judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Non-Final Default Judgment (ECF No. 22) is vacated.

2. Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc. and against Defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr., jointly and severally, in the amount of $1,079,110.40.

3. Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc. and against Defendant Marker Oil Company, Inc. requiring Marker Oil Company, Inc. to deliver possession and awarding possession of all of the following described property to TCF Inventory Finance, Inc.: (i) all inventory, accounts, chattel paper, documents, instruments, promissory notes, equipment, fixtures, contract rights, investment property, other goods, general intangibles and payment intangibles (including without limitation and whether or not included in the foregoing, seller credits, deposit accounts, and certificates of deposit), (ii) any books and records (whether paper, electronic, digitized or otherwise) which relate to the collateral, and any computers, disks, tapes, media, websites, databases, electronic storage devices and other devices upon which, or within which, such records may be stored, (iii) all repossessions, returns, replacements, exchanges, substitutions, parts, attachments, accessories and accessions to or of the foregoing, and (iv) all products and proceeds in any form and wherever located derived directly or indirectly from any dealing with any of the foregoing including, without limitation, insurance proceeds and any other payment representing indemnity or compensation for loss of or damage thereto, all whether now or hereafter existing, owned, licensed, leased, consigned, acquired or arising, and all proceeds of all the foregoing (the

"Collateral"), including specifically, the following inventory (the "Subject Property"):

| Serial Number | Model | Invoice Number |
|---|---|---|
| 3JBPEAR27GJ002169 | 0007FGA00 | 9013910519 |
| 3JBPDAR25GJ003307 | 0006UGA00 | 9013974315 |
| YDV41356E616 | 00039GA00 | 9014362140 |
| YDV02139F616 | 00033GA00 | 9014391072 |
| YDV01853E616 | 00018GA00 | 9014506729 |
| 3JBUKAN27HK000001 | 0008FHE00 | 9014610472 |
| 3JBKKAP22HJ000367 | 0006EHA00 | 9014666054 |
| 3JBKBAP22HJ000014 | 0006HHA00 | 9014666054 |
| 3JBKKAN29HJ000191 | 0006DHB00 | 9014666054 |
| 3JBPEAR29HJ000229 | 0007FHA00 | 9014724724 |
| YDV33206J617 | 00036HA00 | 9015010008 |
| 3JBLWAU26HJ000580 | 0004KHA00 | 9015212462 |
| RFGUB2518HS022379 | 0003JHA00 | 9015212462 |
| 3JBLWAJ21HJ000300 | 0005EHA00 | 9015212462 |
| 3JBMWAX27HJ000457 | 0004FHC00 | 9015212462 |
| 3JBLKAJ21HJ000521 | 0002PHC00 | 9015212462 |
| 3JBRKAP28HJ000159 | 0001DHB00 | 9015212462 |
| 3JBVDAW29HK001406 | 0007SHF00 | 9015212461 |
| 3JBPDAR23HJ000178 | 0006UHC00 | 9015212461 |
| 3JBVGAW26HK000429 | 0007XHC00 | 9015212461 |
| 3JBLKAJ29HJ000640 | 0002PHE00 | 9015272016 |
| 3JBKKAP26HJ000842 | 0006BHC00 | 9015272017 |
| 3JBVDAW23HK001482 | 0007SHA00 | 9015272017 |
| 3JBKKAN24HJ000602 | 0006DHB00 | 9015332565 |
| 3JBUKAP28HK000036 | 0008CHG00 | 9015494390 |
| 3JBKKAP20HJ001016 | 0006YHA00 | 9015494390 |
| 3JBUGAR29HK001324 | 0008WHF00 | 9015598848 |
| 3JBVDAW21HK002307 | 0007SHA00 | 9015598848 |
| 3JBVGAW21HK000791 | 0007XHC00 | 9015598848 |
| 3JBLGAR26HJ002948 | 0005AHA00 | 9015649641 |
| YDV06988J617 | 00044HA00 | 9015649639 |
| YDV09408A717 | 00026HA00 | 9015649639 |
| 3JBKKAP24HJ001780 | 0006YHA00 | 9015649640 |
| 3JBLGAR28HJ003115 | 0002WHA00 | 9015666835 |
| YDV70229B717 | 00064HB00 | 9015666834 |
| 3JBUGAR25HK002194 | 0008WHJ00 | 9015775380 |

| Serial Number | Model | Invoice Number |
|---|---|---|
| 5KTWS1314HF544146 | 000T5HD00 | 9015808516 |
| 5KTWS1316HF544147 | 000T5HD00 | 9015808516 |
| 5KTWS1418HF544150 | 000T5HT00 | 9015808516 |
| 5KTWS1310HF544158 | 000T7HD00 | 9015808516 |
| 5KTWS141XHF544151 | 000T5HT00 | 9015808516 |
| 3JBLKAJ28HJ001150 | 0002PHE00 | 9015822863 |
| YDV73871C717 | 00065HA00 | 9015822862 |
| YDV45570C717 | 00037HA00 | 9015822862 |
| 3JBUGAN27HK000050 | 0006WHC00 | 9015927599 |
| 3JBKGAN20HJ001070 | 0006THC00 | 9015927599 |
| 3JBUGAP22HK000017 | 0008BHE00 | 9015927599 |
| 3JBLGAT27HJ003373 | 0002THB00 | 9016254630 |
| 3JBLGAR23HJ005497 | 0005AHE00 | 9016254630 |
| 3JBLGAR27HJ004983 | 0005AHA00 | 9016254630 |
| 3JBLGAR20HJ005490 | 0005AHE00 | 9016254630 |
| 3JBLGAR27HJ004577 | 0005AHA00 | 9016254630 |
| 3JBVNAW21HK001168 | 0009NHD00 | 9016254631 |
| 3JBUGAR20HK002586 | 0008WHF00 | 9016254631 |
| 3JBUBAP25HK000012 | 0008LHE00 | 9016324767 |
| 4X4TSHT24HC003300 | CSHT18SSMX | INV2534265 |
| 4X4TSHC2XHC003401 | CSHT27FQGDX | INV2548904 |
| 4X4TSMY23HE021227 | CSMT231BHXL | INV2573996 |
| 4X4TSMY27HE021229 | CSMT231BHXL | INV2575371 |
| 4X4TSHW24HC003454 | CSHT21FQMX | INV2566865 |
| 4X4TSMC26HC014114 | CSMT27TDSS | INV2576040 |
| 4X4TSMW25HE021247 | CSMT211SSXL | INV2579189 |
| 4X4TSMB28HE021331 | CSMT261BHXL | INV2589631 |
| 4X4TSMC29HE021336 | CSMT273QBXL | INV2589625 |
| 4X4TSMC20HE021337 | CSMT273QBXL | INV2603423 |
| 4X4TSHZ20HC003530 | CSHT24RQMX | INV2592601 |
| 4X4TSMZ20HE021507 | CSMT241QBXL | INV2616757 |
| 4X4TSHW25HC003625 | CSHT21RQMX | INV2619707 |
| 4X4TSHA22JC003885 | CSHT25FQGMX | INV2653459 |
| 4X4TSMV27JE021824 | CSMT202RDXL | INV2657459 |
| 4X4FSHD25JC003923 | CSHF28FWGDX | INV2663408 |
| 4X4TSMU23JE021983 | CSMT191SSXL | INV2664358 |
| 4X4TSMA20JE021976 | CSMT254RLXL | INV2664357 |
| 4X4TSHD26JC003996 | CSHT28KSGDX | INV2664335 |

///

4. Any recovery of money from the recovery and sale of the Collateral by TCF Inventory Finance, Inc. net of any expenses incurred shall be credited toward the money judgment.

5. Defendant Marker Oil Company, Inc. and its officers, directors, agents, representatives, and employees, Defendant Billy Leon Marker, Jr., and any others acting on their behalf, are hereby permanently enjoined from doing the following:

 A. Transferring any interest by sale, pledge, or grant of security interest, or otherwise disposing of, transferring, or encumbering the Subject Property;

 B. Concealing, hiding, or otherwise removing the Subject Property;

 C. Impairing the value of any of the Subject Property; and

 D. Removing the Subject Property from the principal place of business of Borrower or otherwise outside of the jurisdiction of this Judicial District; and

 E. Disposing of the proceeds from the transfer of any interest of the Subject Property that may have occurred prior to issuance of this Order.

6. Defendant Marker Oil Company, Inc. and its officers, directors, agents, representatives, and employees, Defendant Billy Leon Marker, Jr., and any others acting on their behalf, are required to do the following:

 A. Return the Subject Property to the principal place of business of Defendant Marker Oil Company, Inc. at 205 N. Main Street, Alturas, California 96101 or such other location within the Judicial District agreeable to the parties for delivery to TCFIF; and

 B. Maintain the books and records of Defendants Marker Oil Company, Inc. and provide TCFIF full access to such books and records.

Any bond(s) filed or posted by or on behalf of TCF Inventory Finance, Inc. in connection with the prejudgment injunctive relief and prejudgment order for possession in this case are hereby released.

Plaintiff's claim for attorneys fees and costs have not been included in this final default judgment and will only be considered by this Court if properly made in compliance with Local Rules 292 and 293 and the applicable Federal Rules of Civil Procedure.

This Judgment of the Court resolves all matters before the Court in this case and constitutes this Court's final judgment.

Dated: May 4, 2018

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE