**FILED**

MAY 0 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>MARKER OIL COMPANY, INC.<br><br>and<br><br>BILLY LEON MARKER, JR.<br><br>**Defendants** | CASE NO. 2:17-cv-01768-JAM-DB<br><br>**FINAL JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters its final judgment in a separate document. See Order, ECF No. 60.

IT IS HEREBY ORDERED that:

1. The Clerk's Non-Final Default Judgment (ECF No. 22) is vacated.

2. Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc. and against Defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr., jointly and severally, in the amount of $1,079,110.40.

3. Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc. and against Defendant Marker Oil Company, Inc. requiring Marker Oil Company, Inc. to deliver possession and awarding possession of all of the following described property to TCF Inventory Finance, Inc.: (i) all inventory, accounts, chattel paper, documents, instruments, promissory notes, equipment, fixtures, contract rights, investment property, other goods, general intangibles and payment intangibles (including without limitation and whether or not included in the foregoing, seller credits, deposit accounts,

and certificates of deposit), (ii) any books and records (whether paper, electronic, digitized or otherwise) which relate to the collateral, and any computers, disks, tapes, media, websites, databases, electronic storage devices and other devices upon which, or within which, such records may be stored, (iii) all repossessions, returns, replacements, exchanges, substitutions, parts, attachments, accessories and accessions to or of the foregoing, and (iv) all products and proceeds in any form and wherever located derived directly or indirectly from any dealing with any of the foregoing including, without limitation, insurance proceeds and any other payment representing indemnity or compensation for loss of or damage thereto, all whether now or hereafter existing, owned, licensed, leased, consigned, acquired or arising, and all proceeds of all the foregoing (the "Collateral"), including specifically, the following inventory (the "Subject Property"):

| Serial Number | Model | Invoice Number |
|---|---|---|
| 3JBPEAR27GJ002169 | 0007FGA00 | 9013910519 |
| 3JBPDAR25GJ003307 | 0006UGA00 | 9013974315 |
| YDV41356E616 | 00039GA00 | 9014362140 |
| YDV02139F616 | 00033GA00 | 9014391072 |
| YDV01853E616 | 00018GA00 | 9014506729 |
| 3JBUKAN27HK000001 | 0008FHE00 | 9014610472 |
| 3JBKKAP22HJ000367 | 0006EHA00 | 9014666054 |
| 3JBKBAP22HJ000014 | 0006HHA00 | 9014666054 |
| 3JBKKAN29HJ000191 | 0006DHB00 | 9014666054 |
| 3JBPEAR29HJ000229 | 0007FHA00 | 9014724724 |
| YDV33206J617 | 00036HA00 | 9015010008 |
| 3JBLWAU26HJ000580 | 0004KHA00 | 9015212462 |
| RFGUB2518HS022379 | 0003JHA00 | 9015212462 |
| 3JBLWAJ21HJ000300 | 0005EHA00 | 9015212462 |
| 3JBMWAX27HJ000457 | 0004FHC00 | 9015212462 |
| 3JBLKAJ21HJ000521 | 0002PHC00 | 9015212462 |
| 3JBRKAP28HJ000159 | 0001DHB00 | 9015212462 |
| 3JBVDAW29HK001406 | 0007SHF00 | 9015212461 |
| 3JBPDAR23HJ000178 | 0006UHC00 | 9015212461 |

| Serial Number | Model | Invoice Number |
|---|---|---|
| 3JBVGAW26HK000429 | 0007XHC00 | 9015212461 |
| 3JBLKAJ29HJ000640 | 0002PHE00 | 9015272016 |
| 3JBKKAP26HJ000842 | 0006BHC00 | 9015272017 |
| 3JBVDAW23HK001482 | 0007SHA00 | 9015272017 |
| 3JBKKAN24HJ000602 | 0006DHB00 | 9015332565 |
| 3JBUKAP28HK000036 | 0008CHG00 | 9015494390 |
| 3JBKKAP20HJ001016 | 0006YHA00 | 9015494390 |
| 3JBUGAR29HK001324 | 0008WHF00 | 9015598848 |
| 3JBVDAW21HK002307 | 0007SHA00 | 9015598848 |
| 3JBVGAW21HK000791 | 0007XHC00 | 9015598848 |
| 3JBLGAR26HJ002948 | 0005AHA00 | 9015649641 |
| YDV06988J617 | 00044HA00 | 9015649639 |
| YDV09408A717 | 00026HA00 | 9015649639 |
| 3JBKKAP24HJ001780 | 0006YHA00 | 9015649640 |
| 3JBLGAR28HJ003115 | 0002WHA00 | 9015666835 |
| YDV70229B717 | 00064HB00 | 9015666834 |
| 3JBUGAR25HK002194 | 0008WHJ00 | 9015775380 |
| 5KTWS1314HF544146 | 000T5HD00 | 9015808516 |
| 5KTWS1316HF544147 | 000T5HD00 | 9015808516 |
| 5KTWS1418HF544150 | 000T5HT00 | 9015808516 |
| 5KTWS1310HF544158 | 000T7HD00 | 9015808516 |
| 5KTWS141XHF544151 | 000T5HT00 | 9015808516 |
| 3JBLKAJ28HJ001150 | 0002PHE00 | 9015822863 |
| YDV73871C717 | 00065HA00 | 9015822862 |
| YDV45570C717 | 00037HA00 | 9015822862 |
| 3JBUGAN27HK000050 | 0006WHC00 | 9015927599 |
| 3JBKGAN20HJ001070 | 0006THC00 | 9015927599 |
| 3JBUGAP22HK000017 | 0008BHE00 | 9015927599 |
| 3JBLGAT27HJ003373 | 0002THB00 | 9016254630 |
| 3JBLGAR23HJ005497 | 0005AHE00 | 9016254630 |
| 3JBLGAR27HJ004983 | 0005AHA00 | 9016254630 |
| 3JBLGAR20HJ005490 | 0005AHE00 | 9016254630 |
| 3JBLGAR27HJ004577 | 0005AHA00 | 9016254630 |
| 3JBVNAW21HK001168 | 0009NHD00 | 9016254631 |
| 3JBUGAR20HK002586 | 0008WHF00 | 9016254631 |
| 3JBUBAP25HK000012 | 0008LHE00 | 9016324767 |
| 4X4TSHT24HC003300 | CSHT18SSMX | INV2534265 |
| 4X4TSHC2XHC003401 | CSHT27FQGDX | INV2548904 |
| 4X4TSMY23HE021227 | CSMT231BHXL | INV2573996 |

| Serial Number | Model | Invoice Number |
|---|---|---|
| 4X4TSMY27HE021229 | CSMT231BHXL | INV2575371 |
| 4X4TSHW24HC003454 | CSHT21FQMX | INV2566865 |
| 4X4TSMC26HC014114 | CSMT27TDSS | INV2576040 |
| 4X4TSMW25HE021247 | CSMT211SSXL | INV2579189 |
| 4X4TSMB28HE021331 | CSMT261BHXL | INV2589631 |
| 4X4TSMC29HE021336 | CSMT273QBXL | INV2589625 |
| 4X4TSMC20HE021337 | CSMT273QBXL | INV2603423 |
| 4X4TSHZ20HC003530 | CSHT24RQMX | INV2592601 |
| 4X4TSMZ20HE021507 | CSMT241QBXL | INV2616757 |
| 4X4TSHW25HC003625 | CSHT21RQMX | INV2619707 |
| 4X4TSHA22JC003885 | CSHT25FQGMX | INV2653459 |
| 4X4TSMV27JE021824 | CSMT202RDXL | INV2657459 |
| 4X4FSHD25JC003923 | CSHF28FWGDX | INV2663408 |
| 4X4TSMU23JE021983 | CSMT191SSXL | INV2664358 |
| 4X4TSMA20JE021976 | CSMT254RLXL | INV2664357 |
| 4X4TSHD26JC003996 | CSHT28KSGDX | INV2664335 |

4. Any recovery of money from the recovery and sale of the Collateral by TCF Inventory Finance, Inc. net of any expenses incurred shall be credited toward the money judgment.

5. Defendant Marker Oil Company, Inc. and its officers, directors, agents, representatives, and employees, Defendant Billy Leon Marker, Jr., and any others acting on their behalf, are hereby permanently enjoined from doing the following:

    A. Transferring any interest by sale, pledge, or grant of security interest, or otherwise disposing of, transferring, or encumbering the Subject Property;

    B. Concealing, hiding, or otherwise removing the Subject Property;

    C. Impairing the value of any of the Subject Property; and

    D. Removing the Subject Property from the principal place of business of Borrower or otherwise outside of the jurisdiction of this Judicial District; and

    E. Disposing of the proceeds from the transfer of any interest of the

1 | Subject Property that may have occurred prior to issuance of this Order.

2 |     6. Defendant Marker Oil Company, Inc. and its officers, directors, agents, representatives, and employees, Defendant Billy Leon Marker, Jr., and any others acting on their behalf, are required to do the following:

    A. Return the Subject Property to the principal place of business of Defendant Marker Oil Company, Inc. at 205 N. Main Street, Alturas, California 96101 or such other location within the Judicial District agreeable to the parties for delivery to TCFIF; and

    B. Maintain the books and records of Defendants Marker Oil Company, Inc. and provide TCFIF full access to such books and records.

Any bond(s) filed or posted by or on behalf of TCF Inventory Finance, Inc. in connection with the prejudgment injunctive relief and prejudgment order for possession in this case are hereby released.

Plaintiff's claim for attorneys fees and costs have not been included in this final default judgment and will only be considered by this Court if properly made in compliance with Local Rules 292 and 293 and the applicable Federal Rules of Civil Procedure.

Dated: May 8, 2018

*[signature]*

Honorable John A. Mendez
United States District Judge