THOMPSON COBURN LLP
JEFFREY N. BROWN (SBN 105520)
jbrown@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

THOMPSON COBURN LLP
WILLIAM R. BAY (*pro hac vice*)
wbay@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6000 / Fax: 314.552.7000

Attorneys for Plaintiff
TCF INVENTORY FINANCE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC.<br><br>  Plaintiff,<br><br>v.<br><br>MARKER OIL COMPANY, INC.<br><br>and<br><br>BILLY LEON MARKER, JR.<br><br>  Defendants, | No. 2:17-cv-01768-JAM-DB<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR BILLY LEON MARKER, JR.**<br><br>Date:      June 14, 2019<br>Time:      9:30 a.m.<br>Courtroom: 27, 8th Floor |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that judgment debtor **Billy Leon Marker, Jr.** is ordered to appear for an examination on June 14, 2019 at 9:30 a.m., at the United States District Court for the Eastern District Court of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 27, 8th Floor, Sacramento, CA 95814, before a certified shorthand reporter. You are further instructed to produce at the examination the

1 | documents and items identified in **Schedule A**, attached hereto.  The examination shall
2 | continue from day to day, Sundays and holidays excepted, at the same time and location,
3 | until completed or unless the parties agree on other mutually convenient dates.
4 |     **NOTICE TO JUDGMENT DEBTOR**.  If you fail to appear at the time and place
5 | specified in this order, you may be subject to arrest and punishment for contempt of court
6 | and the court may make an order requiring you to pay the reasonable attorney's fees
7 | incurred by the judgment creditor in this proceeding.
8 |     Service of this order creates a lien on the personal property of the judgment debtor
9 | identified herein for a period of one year from the date of this order, unless extended or
10 | sooner terminated by the Court.
11 |     IT IS SO ORDERED.
12 | DATED:  May 7, 2019                        /s/ DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE

# Schedule A

## Documents and Things To Be Produced at Hearing of Judgment Debtor

You are instructed to produce the following documents or items at your Debtor's exam:

1. A copy of registrations for any vehicle owned by you, leased by you, which you drive, or in which you have any interest.

2. All titles, bills of sale, lease agreements, or contracts of sale upon personal property, including but not limited to 1) automobiles and other vehicles, 2) boats, 3) household goods, 4) miscellaneous furniture and fixtures, belonging to you or in which you have or have had any interest whatsoever, either alone or with any other person(s), entity or entities, for four years immediately preceding the date of the above hearing.

3. All documents reflecting all wages, salaries, commissions, bonuses, draws, dividends, deposits, and/or monies paid to you for the two (2) years prior to this hearing.

4. Copies of all documents reflecting remuneration, income, dividends, or partner compensation received during the last two years immediately preceding the date of the hearing, including W-2s, 1099's, K-1 statements, forms and estimates of State and Federal taxes for 2016, 2017 or 2018.

5. List of all wages, commissions, salaries, draws, deposits, bonuses and/or monies owing to you, held in trust for you, or to your account (in whole or in part), including the names of the person(s) and/or firm or company from whom monies are being received or due, for two years preceding the date of the above hearing.

6. Any personal financial statements of yours provided to anyone in the last four years.

7. A copy of your 2016, 2017 and 2018 tax records and filings.

8. A copy of all bank statements, canceled checks and checkbooks and checkbook registers for checking accounts belonging to you or in which you have or have had any interest, whatsoever, either alone or jointly with any other person(s), entity or entities for two years preceding the date of the above hearing.

9. All contracts, notes, money orders, drafts, promissory notes, negotiable instruments, mortgages, pledge agreement and/or receivables payable to you, whether or not the same be now due and/or payable, within the four years immediately preceding the date of the hearing.

10. All evidence and all certificates of any and all stocks, bonds, securities and annuities belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the above hearing.

11. All titles, deeds or contracts of sale upon real property and mobile/manufactured homes wherever situated, owned by your (in whole or in part), purchased or being purchased, or sold, and which you own or have any interest in whatsoever, either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the above hearing.

12. All documents reflecting any obligations owed by you, including any retail installment contracts, mortgages, credit cards, and credit card and mortgage statements.

13. Copies of promissory notes or other documents evidencing any loans made by you, in the last three years preceding the date of the hearing.

14. Any other documents evidencing any loans, leases, business transactions, security interests or property holdings to which you are a party.

15. Any documents reflecting any individual's or entity's indebtedness or obligation to pay you and the amounts in the next five years.

16. Any documents reflecting any accounts receivable.

17. Any documents reflecting your interest in any business, LLC, partnership, or corporation.

18. Any documents reflecting any payments, disbursements, or transfers of money or property on or after January 1, 2017, to the present from you to Marker Oil Company, Inc., any of your relatives, or any trust, business, LLC, partnership, corporation in which you or any of your relatives owns an interest.