1  THOMPSON COBURN LLP
   JEFFREY N. BROWN (SBN 105520)
2  jbrown@thompsoncoburn.com
   2029 Century Park East, 19th Floor
3  KACEY R. RICCOMINI (SBN 292340)
   kriccomini@thompsoncoburn.com
4  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501
5
   THOMPSON COBURN LLP
6  WILLIAM R. BAY (*pro hac vice*)
   wbay@thompsoncoburn.com
7  One US Bank Plaza
   St. Louis, Missouri 63101
8  Tel: 314.552.6000 / Fax: 314.552.7000

9  Attorneys for Plaintiff
   TCF INVENTORY FINANCE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCF INVENTORY FINANCE, INC. | No. 2:17-cv-01768-JAM-DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.** |
| MARKER OIL COMPANY, INC. | |
| and | |
| BILLY LEON MARKER, JR. | |
| Defendants, | Date: July 30, 2019<br>Time: 9:30 a.m.<br>Courtroom: 27, 8th Floor |

## **STIPULATION**

Plaintiff TCF Inventory Finance, Inc. ("TCF") and defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr. (collectively, "Defendants"), hereby stipulate as follows:

**Error! Unknown document property name.**

STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.

1. On June 21, 2019, defendant Marker Oil Company, Inc. and its president, defendant Billy Leon Marker, Jr., appeared for their judgment debtor examinations in Courtroom 27 of the above-captioned court.

2. On June 21, 2019, the Court continued the judgment debtor examinations of Marker Oil Company, Inc. and Billy Leon Marker, Jr. to July 9, 2019 to allow Defendants to produce additional documents and information.

3. On July 2, 2019, counsel for TCF, Kacey Riccomini, Esq., emailed Billy Leon Marker, Jr. at billmarker@att.net to request that Defendants produce additional documents and information, as well as to agree to continue the judgment debtor examinations to July 30, 2019.

4. On July 2, 2019, Mr. Marker responded to Ms. Riccomini's email, stated that he was working on providing additional documents, and agreed to continue the judgment debtor examinations to July 30, 2019.

5. Based on the foregoing, IT IS HEREBY STIPULATED, by and between the parties themselves and through counsel of record that:

a. The judgment debtor examinations of defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr. currently set for July 9, 2019 shall be continued to July 30, 2019 at 9:30 a.m. in Courtroom 27 of the above-captioned court.

**IT IS SO STIPULATED**

DATED: July 3, 2019      **THOMPSON COBURN LLP**

By:    /s/ Kacey R. Riccomini
**KACEY R. RICCOMINI**
Attorneys for Plaintiff TCF
INVENTORY FINANCE, INC.

Error! Unknown document property name.    2
STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.

| 1 | DATED:  July 3, 2019 |
|---|---|

/s/ Billy Leon Marker, Jr. (original signature retained by attorney Kacey R. Riccomini)

**BILLY LEON MARKER, JR.**
For Defendants BILLY LEON MARKER, JR. and MARKER OIL COMPANY, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that |
| 3 | defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr.'s judgment debtor |
| 4 | examinations, set for July 9, 2019, are hereby continued to July 30, 2019 at 9:30 |
| 5 | a.m. in Courtroom 27 of the above-captioned court. |
| 6 | DATED: July 8, 2019  /s/ DEBORAH BARNES |
| 7 |  UNITED STATES MAGISTRATE JUDGE |