**THOMPSON COBURN LLP**
**JEFFREY N. BROWN (SBN 105520)**
jbrown@thompsoncoburn.com
**2029 Century Park East, 19th Floor**
**KACEY R. RICCOMINI (SBN 292340)**
kriccomini@thompsoncoburn.com
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

**THOMPSON COBURN LLP**
**WILLIAM R. BAY (*pro hac vice*)**
wbay@thompsoncoburn.com
**One US Bank Plaza**
**St. Louis, Missouri 63101**
**Tel: 314.552.6000 / Fax: 314.552.7000**

**Attorneys for Plaintiff**
**TCF INVENTORY FINANCE, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TCF INVENTORY FINANCE, INC.** | No. 2:17-cv-01768-JAM-DB |
| **Plaintiff,** | |
| **v.** | **STIPULATION AND ORDER TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.** |
| **MARKER OIL COMPANY, INC.** | |
| **and** | |
| **BILLY LEON MARKER, JR.** | |
| **Defendants,** | |
| | Date:       September 3, 2019 |
| | Time:       9:30 a.m. |
| | Courtroom: 27, 8th Floor |

## STIPULATION

Plaintiff TCF Inventory Finance, Inc. ("TCF") and defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr. (collectively, "Defendants"), hereby stipulate as follows:

7367745.2

1  1. On June 21, 2019, defendant Marker Oil Company, Inc. and its
2  president, defendant Billy Leon Marker, Jr., appeared for their judgment
3  debtor examinations in Courtroom 27 of the above-captioned court.

4  2. On June 21, 2019, the Court continued the judgment debtor
5  examinations of Marker Oil Company, Inc. and Billy Leon Marker, Jr. to July
6  9, 2019 to allow Defendants to produce additional documents and
7  information.

8  3. The parties stipulated to and the Court ordered that the judgment
9  debtor examinations be continued to July 30, 2019 to allow Defendants
10  produce additional documents and information.

11  4. The Defendants have produced some documents and information to
12  TCF.  In order to allow sufficient time for Defendants to produce all
13  information and documents requested by TCF and for TCF to review such
14  documents and information, the parties have agreed to continue the
15  judgment debtor examinations to September 3, 2019 at 9:30 a.m.

16  5. Based on the foregoing, IT IS HEREBY STIPULATED, by and
17  between the parties themselves and through counsel of record that:

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1     a. The judgment debtor examinations of defendants Marker Oil

2 Company, Inc. and Billy Leon Marker, Jr. currently set for July 30, 2019 shall

3 be continued to September 3, 2019 at 9:30 a.m. in Courtroom 27 of the

4 above-captioned court.

5    **IT IS SO STIPULATED**

6 DATED: July 29, 2019          **THOMPSON COBURN LLP**

By:     /s/ Kacey R. Riccomini
          **KACEY R. RICCOMINI**
          Attorneys for Plaintiff TCF
          INVENTORY FINANCE, INC.

DATED: July 29, 2019

          /s/ Billy Leon Marker, Jr. (original
          signature retained by attorney
          Kacey R. Riccomini)
          **BILLY LEON MARKER, JR.**
          For Defendants BILLY LEON
          MARKER, JR. and MARKER OIL
          COMPANY, INC.

7367745.2

3

STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL
COMPANY, INC. AND BILLY LEON MARKER, JR.

## <u>ORDER</u>

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that defendants Marker Oil Company, Inc. and Billy Leon Marker, Jr.'s judgment debtor examinations, set for July 30, 2019, are hereby continued to September 3, 2019 at 9:30 a.m. in Courtroom 27 of the above-captioned court.

DATED: July 30, 2019            /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL
COMPANY, INC. AND BILLY LEON MARKER, JR.